■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT MOSER, Appellant.— Motion by appellant to compel the court stenographer to prepare and file on or before December 31, 1960, pursuant to statute (Code Crim. Pro., § 456), a typewritten transcript of the minutes of the trial, or in the alternative, to direct that appellant be released on reasonable bail or that the judgment of conviction be reversed and a new trial granted. Motion denied, without prejudice to renewal in the event that the typewritten transcript be not made available to appellant by January 5, 1961. Cross motion by the District Attorney to place this appeal on the calendar for the February Term, commencing January 30, 1961, granted; the appeal is ordered on the calendar for said term. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

## (December 19, 1960)

■ BARON'S COVE INN, INC., Respondent, v. DANIEL F. MULVIHILL, Appellant, et al., Defendants.— Motion by respondent to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the February Term, beginning January 30, 1961. The appeal is ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before January 13, 1961. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ EVER-BETTA PRODUCTS, INC., Respondent, v. WALLKILL MACHINE WORKS, INC., Appellant.— Motion by appellant to stay enforcement of judgment, pending appeal from so much of an order as requires the filing of a $5,000 undertaking with corporate surety as a condition to vacating said judgment. Motion denied. Appellant's time to file said undertaking is extended until five days after service upon it of a copy of the order entered hereon. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ FIDDLERS GREEN ASSOCIATION, INC., Respondent, v. CONSTRUCTION CORPORATION OF LONG ISLAND, INC., et al., Appellants.— Motion by respondent for leave to appeal to the Court of Appeals granted. The following question is certified: Was the order of this court, entered November 14, 1960, properly made? Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ In the Matter of the Accounting of NORMAN D. ARCHER, as Executor of VIOLET B. EDWARDS, Deceased, Appellant. EULA LUNCHEON et al., Respondents.— Motion for reargument and for leave to appeal to the Court of Appeals referred to the court that rendered the decision. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Nolan, P. J., Beldock, Ughetta and Kleinfeld, JJ., concur; Brennan, J., not voting.

■ In the Matter of the Intermediate Accounting of UNITED STATES TRUST COMPANY OF NEW YORK, as Trustee under the Will of CHARLES C. MARSHALL, Deceased, Appellant-Respondent. CHARLES R. MARSHALL et al., Respondents-Appellants; LOUIS J. LEFKOWITZ, as Attorney-General, Respondent.— Motion granted to the extent of: (a) substituting Marshall Bush Jones, as administrator of the estate of Muriel Marshall Jones, deceased, in place of Muriel Marshall Jones, as a party to the appeals herein; and (b) dispensing with the printing of portions of Exhibit GG, the original exhibit to be submitted to the court on the argument or submission of the appeal. In all other respects the motion is denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.